**FILED**
Jan 02 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ ericas        DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELENA RODRIGUEZ,<br><br>　　　　　　Defendant. | Case No.: 18CR0005-BTM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 – Importation of Cocaine, Heroin and Fentanyl (Felony) |
|---|---|

　　The United States Attorney charges:

<u>Count 1</u>

　　On or about December 3, 2017, within the Southern District of California, defendant ELENA RODRIGUEZ, did knowingly and intentionally import 5 kilograms and more, to wit:  approximately 25.00 kilograms (55.00 pounds) of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

<u>Count 2</u>

　　On or about December 3, 2017, within the Southern District of California, defendant ELENA RODRIGUEZ, did knowingly and intentionally import 1 kilogram and more, to wit:  approximately 5.50 kilograms (12.50 pounds) of a mixture and substance containing a detectable

FADI:cn:12/6/2017

amount of Heroin, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

### Count 3

On or about December 3, 2017, within the Southern District of California, defendant ELENA RODRIGUEZ, did knowingly and intentionally import 400 grams and more, to wit: approximately 1.12 kilograms (2.46 pounds) of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidiny]propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 1/2/18

ADAM L. BRAVERMAN
United States Attorney

FRANCIS A. DIGIACCO
Assistant U.S. Attorney