AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ELENA RODRIGUEZ,<br><br>                Defendant. | Case No. 18cr 05-BTM<br><br>**WAIVER OF AN INDICTMENT** |

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

DATED: 12/29/17

_____
Defendant

DATED: 12/29/17

_____
Defendant's Attorney

_____
JUDICIAL OFFICER

FILED
JAN 2 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY