PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.                                                              Crim. No. 18CR00005-001-BTM

Elena Rodriguez

On **August 15, 2019,** the above-named was placed on **supervised release** for a period of **three** years. The offender is deemed a low risk of recidivism, has complied with the rules and conditions of supervised release and is no longer in need of supervision. Accordingly, it is recommended that the offender be discharged from supervised release.

Respectfully submitted,

*(signature)*

Paula Burke
Supervisory U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _28th_ day of _September_ 20_22_.

*(signature)*
The Honorable Barry Ted Moskowitz
Senior U.S. District Judge